# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON VANEPPS, | Case No.: 3:10-cv-00657-JSW |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER GRANTING REQUEST OF COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| DIVERSIFIED COLLECTION SERVICES, INC, | |
| | Date: June 4, 2010 |
| | Time: 1:30 p.m. |
| Defendant. | |

Permission is hereby granted for James D. Pacitti, counsel of record for Plaintiff, Shannon Vanepps, to participate by telephone in the Case Management Conference scheduled for June 4, 2010 at 1:30 p.m. Counsel shall be available at 232-988-2400 on June 4, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**

**DATED:** May 6, 2010                         _/s/ Jeffrey S. White_
                                                              Presiding Judge

Honorable Jeffrey S. White.

- 1 -

REQUEST OF COUNSEL TO APPEAR AT CMC BY TELEPHONE AND [~~PROPOSED~~] ORDER THEREON