UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SHANNON VANEPPS, | CASE NO. C 10-00657 JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEY FOR DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC. |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant. | |

Given that the party and the attorneys have consented, June D. Coleman, at Kronick Moskovitz Tiedemann & Girard, is substituted in as attorney of record for the Ellis Coleman Poirier LaVoie & Steinheimer law firm.

**IT IS SO ORDERED.**

Dated: May 10, 2010

*Jeffrey S. White*
PRESIDING JUDGE

939689.1 - 1 - Case No. C 10-00657 JSW

[PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEY FOR DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC.