**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISON**

SHANNON VANEPPS,

  Plaintiff,

vs.

DIVERSIFIED COLLECTION SERVICES, INC,

  Defendant..

Case No.: **10-cv-0657**

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 25 28, 2010

_____

The Honorable Judge
United States District Judge